UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ROBERT WILLIAMS,                    :

        Plaintiff,             :

    - against -                    :

Advantage Security,                 :

        Defendant.             :

- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 4984 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

**CHIN, District Judge**

    The complaint and summons having been served on June 23, 2008, on Richard Lukins, an officer of defendant, by mail to 232 Madison Avenue, 16th Floor, New York, New York; defendant having provided a written acknowledgment of receipt; proof of service having been filed on July 1, 2008; and the time for responding having expired on July 14, 2008, it appears defendant Advantage Security is in default. Defendant shall show cause in writing on or before September 19, 2008, why a default judgment should not be entered against it.

    A copy of this order will be mailed to defendant at the address where it was served, as well as to 14 East 39th Street, New York, New York, which was provided to the Court by plaintiff as a possible alternative address for defendant.

    SO ORDERED.

Dated:  New York, New York
       September 4, 2008

                              DENNY CHIN
                              United States District Judge